159 A.3d 1282

IN THE MATTER OF WILSON SOTO, AN ATTORNEY
AT LAW (ATTORNEY NO. 030621998)

May 18, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–042, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **WILSON SOTO** of **YONKERS, NEW YORK,** who was admitted to the bar of this State in 1998, and whose license was administratively revoked pursuant to *Rule* 1:28–2(c), effective August 24, 2014, should be reprimanded

116

based on discipline imposed in New York for unethical conduct that in New Jersey constitutes violations of *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And good cause appearing;

It is ORDERED that **WILSON SOTO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.